NDFL Prob 35

(1/92)

Report and Order Terminating
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Dkt. No. 1:00CR22-001

TROY HUBERT O'NEAIL

On November 12, 2004 the above named was placed on Supervised Release for a period of five years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that he be discharged from Supervised Release.

Respectfully submitted,

Edward A. Emery
Sr. U. S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _19TH_ day of _March_ , 20 _08_.

Maurice M. Paul
Senior United States District Judge